In the Matter of TILLIE ROSENTHAL, Respondent.
THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued November 21, 1935; decided December 10, 1935.)

*William F. X. Geoghan, District Attorney (Henry J. Walsh* and *John J. Lee* of counsel), for appellant.

*Max Weitz* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not voting: CRANE, Ch. J. Not sitting: O'BRIEN, J.